IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>PETER NERONHA, in his official capacity as Attorney General of the State of Rhode Island; DAVID BERGANTINO, in his official capacity as Auditor General of Rhode Island,<br><br>*Defendants*. | No. 1:25-cv-00501-JJM-AEM |

## AFFIDAVIT OF SERVICE

Aaron L. Weisman, counsel for Plaintiff Pharmaceutical Research and Manufacturers of America, hereby swears and affirms as follows:

1. On October 9, 2025, I served Plaintiff's Motion for Preliminary Injunction along with Memorandum of Law and Exhibits in support thereof by email upon Special Assistant Attorneys General Lionel Dutreix, James J. Arguin, Jeff Kidd, and Lee Staley.

2. Assistant Attorney General Kidd kindly acknowledged receipt of this email on October 9, 2025.

Signed under the pains and penalties of perjury on October 9, 2025.

_____
Aaron L. Weisman (#4438)

1

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

    In Johnston, Aaron L. Weisman, personally appeared before me, known by me to be the person executing this Affidavit, and on oath, subscribed and swore to this Affidavit on the 9th day of October, 2025.

_Karen J Stamp_
Notary Public
My commission expires: 7-27-27

## CERTIFICATION

    On October 9, 2025, I caused this document to be electronically filed using the Court's electronic filing system. Therefore, it is available for viewing by registered users who have signed up to receive notices in this case.

                                                        _/s/ Aaron L. Weisman_