UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA<br><br>Plaintiff,<br>v.<br><br>PETER F. NERONHA, in his official capacity as ATTORNEY GENERAL OF RHODE ISLAND, and DAVID BERGANTINO, in his official capacity as Auditor General of the State of Rhode Island<br><br>*Defendants*. | Case No. 25-cv-501<br><br>Chief Judge John J. McConnell, Jr. |

**MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF OF THE AMERICAN HOSPITAL ASSOCIATION, 340B HEALTH, THE HOSPITAL ASSOCIATION OF RHODE ISLAND, AND THE AMERICAN SOCIETY OF HEALTH-SYSTEM IN SUPPORT OF DEFENDANT**

Nicholas J. Hemond, (#8782)
DarrowEverett LLP
1 Turks Head Place, Suite 1200
Providence, RI 02903
Tel: (401) 453-1200
Fax: (401)453-1201
nhemond@darroweverett.com

William B. Schultz*
Margaret M. Dotzel*
Alyssa M. Howard*
ZUCKERMAN SPAEDER LLP
2100 L Street NW, Suite 400
Washington, DC 20037
Tel: (202) 778-1800
Fax: (202) 822-8106
wschultz@zuckerman.com
mdotzel@zuckerman.com
ahoward@zuckerman.com

*\* pro hac vice motion forthcoming*

*Amici Curiae* the American Hospital Association, 340B Health, the Hospital Association of Rhode Island, and the American Society of Health-System Pharmacists hereby move the Court for leave to submit their brief for the Court's consideration in connection with Defendant's Response in Opposition to Plaintiff's Motion for a Preliminary Injunction. In support, *amici* state and allege as follows:

1. This case raises important issues affecting matters of public health in this District.

2. *Amici* and their members have a strong interest in the resolution of the questions of law raised by the Plaintiff's Complaint and Motion for Preliminary Injunction, in the particulars set forth in their brief.

3. The participation of *Amici* will assist and be useful to the Court in its evaluation of those issues and will not result in unfair prejudice to any party.

4. Counsel for *Amici* has advised the parties of their intention to file this brief. Defendant's counsel has represented that they consent to the filing of this *amicus* brief, and Plaintiffs do not oppose this motion.

5. The proposed brief of *Amici* is attached to this Motion as Exhibit 1.

WHEREFORE, *Amici Curiae* respectfully request that they be given leave to submit their brief in connection with Defendant's Response in Opposition to Plaintiff's Motion for a Preliminary Injunction.

Dated: November 6, 2025

Respectfully submitted,

/s/ Nicholas Hemond
Nicholas J. Hemond, (#8782)
*as Local Counsel for Amici Curiae*
DarrowEverett LLP
1Turks Head Place, Suite 1200
Providence, RI 02903
Tel: (401) 453-1200
nhemond@darroweverett.com

William B. Schultz*
Margaret M. Dotzel*
Alyssa M. Howard*
ZUCKERMAN SPAEDER LLP
2100 L Street NW, Suite 400
Washington, DC 20037
Tel: (202) 778-1800
Fax: (202) 822-8106
wschultz@zuckerman.com
mdotzel@zuckerman.com
ahoward@zuckerman.com

*Counsel for Amici Curiae*

*\* pro hac vice motion forthcoming*

## CERTIFICATE OF SERVICE

I, Nicholas J. Hemond, do hereby certify that on November 6, 2025, a true and correct copy of the foregoing document was filed electronically through the Court's CM/ECF system, is available for viewing and downloading from ECF system, will be sent electronically to counsel of record as registered participants identified on the Notice of Electronic Filing.

*/s/ Nicholas J. Hemond*

3