UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA<br><br>    Plaintiff,<br><br>v.<br><br>PETER NERONHA, et al.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 1:25-cv-00501-JJM-AEM<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT

This action came to be heard before the Court and a decision has been rendered. Upon consideration whereof, it is now hereby ordered, adjudged, and decreed as follows:

Pursuant to this Court's Order entered on December 29, 2025, and in accordance with Fed. R. Civ. P. 58, judgment is hereby in favor of the Defendants.

It is so ordered.

December 29, 2025

By the Court:

/s/ Hanorah Tyer-Witek
Clerk of Court