**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

PHARMACEUTICAL RESEARCH
AND MANUFACTURERS OF AMERICA
     *Plaintiff,*

v.                                                        C.A. No. 1:25-cv-00501-JJM-AEM

PETER NERONHA, in his official
Capacity as Attorney General of the
State of Rhode Island; and DAVID
BERGANTINO, in his official capacity
As Auditor General of Rhode Island
     *Defendants.*

**NOTICE OF APPEAL**

Notice is hereby given that Pharmaceutical Research and Manufacturers of America ("PhRMA"), plaintiff in the above-referenced matter, appeals to the United States Court of Appeals for the First Circuit from the Order entered via text order on December 29, 2025, denying PhRMA's motion for a preliminary injunction and entering final judgment, and final judgment entered on December 29, 2025 (ECF No. 34).

Respectfully submitted,

**PHARMACEUTICAL RESEARCH
AND MANUFACTURERS OF AMERICA**

By its attorney,

*/s/ Aaron L. Weisman*
Aaron L. Weisman (#4438)
William E. O'Gara (#4257)
Brian J. Lamoureux (#6211)
PANNONE LOPES DEVEREAUX & O'GARA LLC
Northwoods Office Park
130 Atwood Avenue, Suite 215N
Johnston, RI 02919
401 824 5100 t
401 824 5123 f
aweisman@pldolaw.com

wogara@pldolaw.com
bjl@pldolaw.com

Phillip J. Perry (pro hac vice)
Andrew D. Prins (pro hac vice)
Abid R. Qureshi (pro hac vice)
Latham & Watkins, LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
(202)637-2200
philip.perry@lw.com
andrew.prins@lw.com
abid.qureshi@lw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2026, I caused the foregoing document to be filed via the Court's CM/ECF electronic filing system ("CM/ECF"), which sent notice to all parties receiving notification through CM/ECF.

*/s/ Aaron L. Weisman*