

# UNITED STATES DISTRICT COURT
*District of Rhode Island*

### CLERK'S CERTIFICATE AND APPELLATE COVER SHEET
### ABBREVIATED ELECTRONIC RECORD

| Case Information |
|---|

| | |
|---|---|
| Case Caption: | Pharmaceutical Research and Manufacturers of America vs. Neronha et al |
| District Court Number: | 1:25-cv-00501-JJM-AEM |
| Presiding Judge: | Judge McConnell |
| Notice of Appeal filed by: | Plaintiff |
| Notice of Appeal document number: | 36 |
| Appeal from: | TEXT ORDER 12/29/2025 AND ECF 34 |
| Other information: | |
| Fee status: | Paid |
| Pro se case: | Yes ☐   No ☑ |
| Emergency or requires expedition: | Y/N     If yes, reason: |

| Record Information |
|---|

Motions Pending    Yes ☐    No ☑

*If yes, document #*

Other record information:

Related case(s) on appeal:

| Certification |
|---|

I, Hanorah Tyer-Witek, Clerk of the United States District Court for the District of Rhode Island, do certify that the following annexed electronic documents constitute the abbreviated record on appeal in the above referenced case:

Date: 01/08/2026

HANORAH TYER-WITEK
Clerk of Court

/s/Cherelle Hill
_____
Deputy Clerk