APPEL

# U.S. District Court
# District of Rhode Island (Providence)
# CIVIL DOCKET FOR CASE #: 1:25−cv−00501−JJM−AEM

| | |
|---|---|
| Pharmaceutical Research and Manufacturers of America v. Neronha et al<br>Assigned to: Chief Judge John J. McConnell, Jr.<br>Referred to: Magistrate Judge Amy E. Moses<br>Cause: 42:1983 Civil Rights Act | Date Filed: 10/01/2025<br>Date Terminated: 12/29/2025<br>Jury Demand: None<br>Nature of Suit: 950 Constitutional − State Statute<br>Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **Pharmaceutical Research and Manufacturers of America** | represented by | **Abid R. Qureshi**<br>Latham & Watkins LLP<br>555 Eleventh Street, NW<br>Suite 1000<br>Washington, DC 20004−1304<br>202−637−2200<br>Fax: 202−637−2201<br>Email: abid.qureshi@lw.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Andrew D. Prins**<br>Latham & Watkins LLP<br>555 Eleventh Street, NW<br>Suite 1000<br>Washington, DC 20004−1304<br>202−637−2200<br>Fax: 202−637−2201<br>Email: andrew.prins@lw.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Brian J. Lamoureux**<br>Pannone Lopes Devereaux & O'Gara LLC<br>Northwoods Office Park<br>1301 Atwood Avenue, Suite 215 N<br>Johnston, RI 02919<br>824−5100<br>Fax: 824−5123<br>Email: bjl@pldolaw.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Philip J. Perry**<br>Latham & Watkins LLP<br>555 Eleventh Street, NW<br>Suite 1000<br>Washington, DC |

|  |  |
|---|---|
|  | 202−637−2200 <br> Fax: 202−637−2201 <br> Email: philip.perry@lw.com <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* <br><br> **William E. O'Gara** <br> PANNONE LOPES DEVEREAUX & O'GARA LLC <br> Northwoods Office Park <br> 1301 Atwood Avenue, Suite 215 N <br> Johnston, RI 02919 <br> 824−5100 <br> Fax: 824−5123 <br> Email: wogara@pldolaw.com <br> *ATTORNEY TO BE NOTICED* <br><br> **Aaron L. Weisman** <br> Pannone Lopes Devereaux & O'Gara LLC <br> 1301 Atwood Avenue <br> Suite 215 N <br> Johnston, RI 02919 <br> 401−824−5100 <br> Email: aweisman@pldolaw.com <br> *ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Peter Neronha** <br> *in his official capacity as Attorney General of the State of Rhode Island* | represented by | **James J. Arguin** <br> RI Department of Attorney General <br> 150 South Main Street <br> Providence, RI 02903 <br> 401−274−4400 <br> Email: jarguin@riag.ri.gov <br> *ATTORNEY TO BE NOTICED* <br><br> **Jeff Kidd** <br> RI Department of Attorney General <br> 150 South Main Street <br> Providence, RI 02903 <br> 401−274−4400 <br> Email: jkidd@riag.ri.gov <br> *ATTORNEY TO BE NOTICED* <br><br> **Lee B. Staley** <br> RI Department of Attorney General <br> 150 S. Main St. <br> 150 S. Main St. <br> Providence, RI 02903 <br> 401−274−4400 |

|  |  |  |
|---|---|---|
|  |  | Email: lstaley@riag.ri.gov<br>*ATTORNEY TO BE NOTICED*<br><br>**Lionel Joseph Dutreix , IV**<br>Office of the Rhode Island Attorney General<br>150 South Main St<br>Providence, RI 02903<br>401−274−4400<br>Email: ldutreix@riag.ri.gov<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |  |  |
| **David Bergantino**<br>*in his official capacity as Auditor General of Rhode Island* | represented by | **James J. Arguin**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Jeff Kidd**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Lee B. Staley**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Lionel Joseph Dutreix , IV**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Amicus** |  |  |
| **American Hospital Association** | represented by | **Alyssa Howard**<br>Zuckerman Spaeder LLP<br>2100 L St. NW, Suite 400<br>Washington, DC<br>202−778−1800<br>Fax: 202−822−8106<br>Email: ahoward@zuckerman.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Margaret M. Dotzel**<br>Zuckerman Spaeder LLP<br>2100 L St. NW, Suite 400<br>Washington, DC<br>202−778−1800<br>Fax: 202−822−8106<br>Email: mdotzel@zuckerman.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Nicholas J. Hemond** |

|  |  |  |
|---|---|---|
|  |  | Darrow Everett LLP<br>One Turk Head Place<br>Suite 1200<br>Providence, RI 02903<br>401−453−1200<br>Email: nhemond@darroweverett.com<br>*ATTORNEY TO BE NOTICED*<br><br>**William B. Schultz**<br>Zuckerman Spaeder LLP<br>2100 L St. NW, Suite 400<br>Washington, DC<br>202−778−1800<br>Fax: 202−822−8106<br>Email: wschultz@zuckerman.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Amicus** |  |  |
| **340B Health** | represented by | **Alyssa Howard**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Margaret M. Dotzel**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Nicholas J. Hemond**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**William B. Schultz**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Amicus** |  |  |
| **The Hospital Association of Rhode Island** | represented by | **Alyssa Howard**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Margaret M. Dotzel**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Nicholas J. Hemond**<br>(See above for address) |

|   |   |   |
|---|---|---|
|   |   | *ATTORNEY TO BE NOTICED* |
|   |   | **William B. Schultz** (See above for address) *PRO HAC VICE* *ATTORNEY TO BE NOTICED* |
| **Amicus** | | |
| **The American Society of Health−System Pharmacists** | represented by | **Alyssa Howard** (See above for address) *PRO HAC VICE* *ATTORNEY TO BE NOTICED* |
|   |   | **Margaret M. Dotzel** (See above for address) *PRO HAC VICE* *ATTORNEY TO BE NOTICED* |
|   |   | **Nicholas J. Hemond** (See above for address) *ATTORNEY TO BE NOTICED* |
|   |   | **William B. Schultz** (See above for address) *PRO HAC VICE* *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/01/2025 | 1 | COMPLAINT ( filing fee paid $ 405.00, receipt number BRIDC−2190897 ), filed by PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA. (Attachments: # 1 Civil Cover Sheet)(Weisman, Aaron) (Entered: 10/01/2025) |
| 10/01/2025 | 2 | Corporate Disclosure Statement by PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA. (Weisman, Aaron) (Entered: 10/01/2025) |
| 10/02/2025 |   | CASE CONDITIONALLY ASSIGNED to Chief Judge John J. McConnell, Jr. and Magistrate Judge Amy E. Moses. Related Case Numbers 25−cv−387 and 25−cv−388 based upon the indication on the cover sheet that a related case previously was assigned to the presiding judge. The assignment is subject to the presiding judge's determination that the cases, in fact, are related. (Hill, Cherelle) (Entered: 10/02/2025) |
| 10/02/2025 | 3 | CASE OPENING NOTICE ISSUED (Hill, Cherelle) (Entered: 10/02/2025) |
| 10/02/2025 | 4 | Summons Request filed by Pharmaceutical Research and Manufacturers of America. (Weisman, Aaron) (Entered: 10/02/2025) |
| 10/02/2025 | 5 | Summons Request filed by Pharmaceutical Research and Manufacturers of America. (Weisman, Aaron) (Entered: 10/02/2025) |
| 10/02/2025 | 6 | Summons Issued as to David Bergantino, Peter Neronha. (Attachments: # 1 Peter Neronha Summons Signed)(Hill, Cherelle) (Entered: 10/02/2025) |

| | | |
|---|---|---|
| 10/03/2025 | | CASE PERMANENTLY ASSIGNED Since Chief Judge John J. McConnell, Jr. has determined that this case is in fact related to CA25−387JJM and CA25−388JJM; this case is permanently assigned to Chief Judge John J. McConnell, Jr. for all further proceedings. (Jackson, Ryan) (Entered: 10/03/2025) |
| 10/06/2025 | 7 | NOTICE of Appearance by Brian J. Lamoureux on behalf of Pharmaceutical Research and Manufacturers of America (Lamoureux, Brian) (Entered: 10/06/2025) |
| 10/06/2025 | 8 | NOTICE of Appearance by William E. O'Gara on behalf of Pharmaceutical Research and Manufacturers of America (O'Gara, William) (Entered: 10/06/2025) |
| 10/07/2025 | 9 | SUMMONS Returned Executed by Pharmaceutical Research and Manufacturers of America. David Bergantino served on 10/6/2025, answer due 10/27/2025. (Weisman, Aaron) (Entered: 10/07/2025) |
| 10/07/2025 | 10 | SUMMONS Returned Executed by Pharmaceutical Research and Manufacturers of America. Peter Neronha served on 10/6/2025, answer due 10/27/2025. (Weisman, Aaron) (Entered: 10/07/2025) |
| 10/08/2025 | 11 | MOTION for Preliminary Injunction filed by Pharmaceutical Research and Manufacturers of America. **Responses due by 10/22/2025.** (Attachments: # 1 Exhibit PhRMA PI Supporting Memo, # 2 Exhibit PhRMA Declaration, # 3 Exhibit Amgen Declaration, # 4 Exhibit 4UCB Declaration, # 5 Exhibit O'Harra Declaration, # 6 Exhibit Lamoureux Declaration, # 7 Exhibit Univ. of Wash v. AstraZeneca ADR, # 8 Exhibit FAQ, # 9 Exhibit PPA)(Lamoureux, Brian) (Entered: 10/08/2025) |
| 10/09/2025 | 12 | NOTICE of Appearance by James J. Arguin on behalf of David Bergantino, Peter Neronha (Arguin, James) (Entered: 10/09/2025) |
| 10/09/2025 | 13 | AFFIDAVIT *of Service of Motion for Preliminary Injunction* by Pharmaceutical Research and Manufacturers of America. (Weisman, Aaron) (Entered: 10/09/2025) |
| 10/09/2025 | | TEXT ORDER: The Plaintiff shall show cause on or before October 16, 2025 why this motion should not be summarily denied as res judicata in light of the Courts ruling in CA25−387JJM and CA25−388JJM; Show Cause Response due by 10/16/2025. So Ordered by Chief Judge John J. McConnell, Jr. on 10/9/2025. (Jackson, Ryan) (Entered: 10/09/2025) |
| 10/09/2025 | 14 | NOTICE of Appearance by Lee B. Staley on behalf of All Defendants (Staley, Lee) (Entered: 10/09/2025) |
| 10/09/2025 | 15 | MOTION for Abid R. Qureshi to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number BRIDC−2194347 ) filed by Pharmaceutical Research and Manufacturers of America. (Attachments: # 1 Exhibit Additional State and Court Admissions)(Weisman, Aaron) (Entered: 10/09/2025) |
| 10/09/2025 | 16 | MOTION for Andrew D. Prins to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number ARIDC−2194359 ) filed by Pharmaceutical Research and Manufacturers of America. (Attachments: # 1 Exhibit Additional State and Court Admissions)(Weisman, Aaron) (Entered: 10/09/2025) |
| 10/09/2025 | 17 | MOTION for Philip J. Perry to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number ARIDC−2194360 ) filed by Pharmaceutical Research and Manufacturers of America. (Attachments: # 1 Exhibit Additional State and Court Admissions)(Weisman, Aaron) (Entered: 10/09/2025) |

| | | |
|---|---|---|
| 10/10/2025 | | TEXT ORDER granting 15 Motion to Appear Pro Hac Vice of Abid R. Qureshi. So Ordered by Chief Judge John J. McConnell, Jr. on 10/10/2025. (Gonzalez Gomez, Viviana) (Entered: 10/10/2025) |
| 10/10/2025 | | TEXT ORDER granting 16 Motion to Appear Pro Hac Vice of Andrew D. Prins. So Ordered by Chief Judge John J. McConnell, Jr. on 10/10/2025. (Gonzalez Gomez, Viviana) (Entered: 10/10/2025) |
| 10/10/2025 | | TEXT ORDER granting 17 Motion to Appear Pro Hac Vice of Philip J. Perry. So Ordered by Chief Judge John J. McConnell, Jr. on 10/10/2025. (Gonzalez Gomez, Viviana) (Entered: 10/10/2025) |
| 10/10/2025 | 18 | NOTICE of Appearance by Lionel Joseph Dutreix, IV on behalf of David Bergantino, Peter Neronha (Dutreix, Lionel) (Entered: 10/10/2025) |
| 10/10/2025 | 19 | NOTICE of Appearance by Jeff Kidd on behalf of David Bergantino, Peter Neronha (Kidd, Jeff) (Entered: 10/10/2025) |
| 10/16/2025 | 20 | RESPONSE TO ORDER TO SHOW CAUSE by Pharmaceutical Research and Manufacturers of America. (Weisman, Aaron) (Entered: 10/16/2025) |
| 10/17/2025 | 21 | RESPONSE IN OPPOSITION by David Bergantino, Peter Neronha re 20 Response to Order to Show Cause . (Attachments: # 1 Exhibit A)(Arguin, James) (Entered: 10/17/2025) |
| 10/17/2025 | 22 | RESPONSE IN OPPOSITION by David Bergantino, Peter Neronha re 20 Response to Order to Show Cause *CORRECTED*. (Attachments: # 1 Exhibit A)(Arguin, James) (Entered: 10/17/2025) |
| 10/20/2025 | | TEXT ORDER: The Defendants shall respond to 11 MOTION for Preliminary Injunction. So Ordered by Chief Judge John J. McConnell, Jr. on 10/20/2025. (Simoncelli, Michael) (Entered: 10/20/2025) |
| 10/22/2025 | 23 | Joint STIPULATION re 11 MOTION for Preliminary Injunction filed by David Bergantino, Peter Neronha. (Kidd, Jeff) (Entered: 10/22/2025) |
| 10/23/2025 | | TEXT ORDER ENTERING 23 Joint Stipulation. Set/Reset Deadlines as to 11 MOTION for Preliminary Injunction .**Responses due by 11/3/2025.** So Ordered by Chief Judge John J. McConnell, Jr. on 10/23/25. (Simoncelli, Michael) (Entered: 10/23/2025) |
| 11/03/2025 | 24 | RESPONSE In Opposition to 11 MOTION for Preliminary Injunction filed by David Bergantino, Peter Neronha. **Replies due by 11/10/2025.** (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)(Arguin, James) (Entered: 11/03/2025) |
| 11/06/2025 | 25 | NOTICE of Appearance by Nicholas J. Hemond on behalf of American Hospital Association (Hemond, Nicholas) (Entered: 11/06/2025) |
| 11/06/2025 | 26 | NOTICE of Appearance by Nicholas J. Hemond on behalf of 340B Health (Hemond, Nicholas) (Entered: 11/06/2025) |
| 11/06/2025 | 27 | NOTICE of Appearance by Nicholas J. Hemond on behalf of The Hospital Association of Rhode Island (Hemond, Nicholas) (Entered: 11/06/2025) |
| 11/06/2025 | 28 | NOTICE of Appearance by Nicholas J. Hemond on behalf of The American Society of Health−System Pharmacists (Hemond, Nicholas) (Entered: 11/06/2025) |

| | | |
|---|---|---|
| 11/06/2025 | 29 | MOTION for Alyssa Howard to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number ARIDC−2206098 ) filed by 340B Health, American Hospital Association, The American Society of Health−System Pharmacists, The Hospital Association of Rhode Island. (Hemond, Nicholas) (Entered: 11/06/2025) |
| 11/06/2025 | 30 | MOTION for William B. Schultz to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number ARIDC−2206102 ) filed by 340B Health, American Hospital Association, The American Society of Health−System Pharmacists, The Hospital Association of Rhode Island. (Attachments: # 1 Exhibit)(Hemond, Nicholas) (Entered: 11/06/2025) |
| 11/06/2025 | 31 | MOTION for Margaret M. Dotzel to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number ARIDC−2206104 ) filed by 340B Health, American Hospital Association, The American Society of Health−System Pharmacists, The Hospital Association of Rhode Island. (Hemond, Nicholas) (Entered: 11/06/2025) |
| 11/06/2025 | 32 | MOTION for Leave to File Amicus Brief filed by 340B Health, American Hospital Association, The American Society of Health−System Pharmacists, The Hospital Association of Rhode Island. **Responses due by 11/20/2025.** (Attachments: # 1 Supporting Memorandum)(Hemond, Nicholas) (Entered: 11/06/2025) |
| 11/06/2025 | | TEXT ORDER granting 29 Motion to Appear Pro Hac Vice of Alyssa Howard. So Ordered by Chief Judge John J. McConnell, Jr. on 11/6/2025. (Hill, Cherelle) (Entered: 11/06/2025) |
| 11/06/2025 | | TEXT ORDER granting 30 Motion to Appear Pro Hac Vice of William B. Schultz. So Ordered by Chief Judge John J. McConnell, Jr. on 11/6/2025. (Hill, Cherelle) (Entered: 11/06/2025) |
| 11/06/2025 | | TEXT ORDER granting 31 Motion to Appear Pro Hac Vice of Margaret M. Dotzel. So Ordered by Chief Judge John J. McConnell, Jr. on 11/6/2025. (Hill, Cherelle) (Entered: 11/06/2025) |
| 11/10/2025 | 33 | REPLY to Response re 24 Response to Motion, *For Preliminary Injunction* filed by Pharmaceutical Research and Manufacturers of America. (Weisman, Aaron) (Entered: 11/10/2025) |
| 12/01/2025 | | TEXT ORDER granting 32 Motion for Leave to File Amicus Brief. So Ordered by Chief Judge John J. McConnell, Jr. on 12/1/2025. (Jackson, Ryan) (Entered: 12/01/2025) |
| 12/29/2025 | | TEXT ORDER: This case involves the implementation of a Rhode Island state law involving pharmacy benefits that has been previously tested before this Court. *See Novartis v. Neronha*, C.A. No. 25−387 and *AbbVie v. Neronha*, C.A. No. 25−388. As in those cases, Plaintiff Pharmaceutical Research filed a Motion for Preliminary Injunction. ECF No. 11. For the reasons the Court stated in its September 30, 2025, bench decision in *Novartis* and *AbbVie, see Tr.*, ECF No. 37 at 52−59 (25−387); ECF No. 39 at 52−59 (25−388), the Court DENIES Plaintiff's Motion [ECF No. 11], and enters final judgment for the Defendants. So Ordered by Chief Judge John J. McConnell, Jr. on 12/29/2025. (Simoncelli, Michael) (Entered: 12/29/2025) |
| 12/29/2025 | 34 | JUDGMENT in favor of David Bergantino, Peter Neronha against Pharmaceutical Research and Manufacturers of America. So Ordered by Clerk of Court on 12/29/2025. (Simoncelli, Michael) (Entered: 12/29/2025) |
| 12/31/2025 | 35 | |

8

|  |  |  |
|---|---|---|
|  |  | NOTICE by Pharmaceutical Research and Manufacturers of America re 34 Judgment *Notice of Appeal* (Weisman, Aaron) (Entered: 12/31/2025) |
| 01/08/2026 | 36 | NOTICE OF APPEAL by Pharmaceutical Research and Manufacturers of America ( filing fee paid $ 605.00, receipt number BRIDC−2228471 )<br><br>**NOTICE TO COUNSEL: Counsel should register for a First Circuit CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf/. Counsel should also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at  http://www.ca1.uscourts.gov/cmecf** Appeal Record due by 1/15/2026. (Weisman, Aaron) (Entered: 01/08/2026) |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PHARMACEUTICAL RESEARCH
AND MANUFACTURERS OF AMERICA
    *Plaintiff,*
v.                                                           C.A. No. 1:25-cv-00501-JJM-AEM

PETER NERONHA, in his official
Capacity as Attorney General of the
State of Rhode Island; and DAVID
BERGANTINO, in his official capacity
As Auditor General of Rhode Island
    *Defendants.*

**NOTICE OF APPEAL**

Notice is hereby given that Pharmaceutical Research and Manufacturers of America ("PhRMA"), plaintiff in the above-referenced matter, appeals to the United States Court of Appeals for the First Circuit from the Order entered via text order on December 29, 2025, denying PhRMA's motion for a preliminary injunction and entering final judgment, and final judgment entered on December 29, 2025 (ECF No. 34).

                                                          Respectfully submitted,

                                                          **PHARMACEUTICAL RESEARCH
                                                          AND MANUFACTURERS OF AMERICA**

                                                          By its attorney,

                                                          */s/ Aaron L. Weisman*
                                                          Aaron L. Weisman (#4438)
                                                         William E. O'Gara (#4257)
                                                         Brian J. Lamoureux (#6211)
                                                         PANNONE LOPES DEVEREAUX & O'GARA LLC
                                                         Northwoods Office Park
                                                         130 Atwood Avenue, Suite 215N
                                                         Johnston, RI 02919
                                                         401 824 5100 t
                                                         401 824 5123 f
                                                         aweisman@pldolaw.com

wogara@pldolaw.com
bjl@pldolaw.com

Phillip J. Perry (pro hac vice)
Andrew D. Prins (pro hac vice)
Abid R. Qureshi (pro hac vice)
Latham & Watkins, LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
(202)637-2200
philip.perry@lw.com
andrew.prins@lw.com
abid.qureshi@lw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 8, 2026, I caused the foregoing document to be filed via the Court's CM/ECF electronic filing system ("CM/ECF"), which sent notice to all parties receiving notification through CM/ECF.

    /s/ Aaron L. Weisman

U.S. District Court

District of Rhode Island

**Notice of Electronic Filing**

The following transaction was entered on 12/29/2025 at 9:52 AM EST and filed on 12/29/2025

**Case Name:**         Pharmaceutical Research and Manufacturers of America v. Neronha et al
**Case Number:**       1:25−cv−00501−JJM−AEM
**Filer:**
**Document Number:**   No document attached

**Docket Text:**
 **TEXT ORDER: This case involves the implementation of a Rhode Island state law involving pharmacy benefits that has been previously tested before this Court.** *See Novartis v. Neronha*, **C.A. No. 25−387 and** *AbbVie v. Neronha*, **C.A. No. 25−388. As in those cases, Plaintiff Pharmaceutical Research filed a Motion for Preliminary Injunction. ECF No. 11. For the reasons the Court stated in its September 30, 2025, bench decision in** *Novartis* **and** *AbbVie, see Tr.*, **ECF No. 37 at 52−59 (25−387); ECF No. 39 at 52−59 (25−388), the Court DENIES Plaintiff's Motion [ECF No. 11], and enters final judgment for the Defendants. So Ordered by Chief Judge John J. McConnell, Jr. on 12/29/2025. (Simoncelli, Michael)**

1:25−cv−00501−JJM−AEM Notice has been electronically mailed to:

Aaron L. Weisman &nbsp &nbsp aweisman@pldolaw.com, arichard@pldolaw.com, kstamp@pldolaw.com

Abid R. Qureshi &nbsp &nbsp abid.qureshi@lw.com

Alyssa Howard &nbsp &nbsp ahoward@zuckerman.com

Andrew D. Prins &nbsp &nbsp andrew.prins@lw.com

Brian J. Lamoureux &nbsp &nbsp bjl@pldolaw.com, kstamp@pldolaw.com

James J. Arguin &nbsp &nbsp jarguin@riag.ri.gov, ddiaz@riag.ri.gov, mgomes@riag.ri.gov

Jeff Kidd &nbsp &nbsp jkidd@riag.ri.gov, aclark@riag.ri.gov, jmartinelli@riag.ri.gov

Lee B. Staley &nbsp &nbsp lstaley@riag.ri.gov

Lionel Joseph Dutreix , IV &nbsp &nbsp ldutreix@riag.ri.gov, aclark@riag.ri.gov, jmartinelli@riag.ri.gov

Margaret M. Dotzel &nbsp &nbsp mdotzel@zuckerman.com

Nicholas J. Hemond &nbsp &nbsp nhemond@darroweverett.com, jpineda@darroweverett.com, sloporchio@darroweverett.com, spineda@darroweverett.com

Philip J. Perry &nbsp &nbsp philip.perry@lw.com

William B. Schultz &nbsp &nbsp wschultz@zuckerman.com

William E. O'Gara &nbsp &nbsp wogara@pldolaw.com, ksilva@pldolaw.com

**1:25−cv−00501−JJM−AEM Notice has been delivered by other means to:**

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA )<br>)<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PETER NERONHA, et al. )<br>)<br>Defendants. | C.A. No. 1:25-cv-00501-JJM-AEM |

## JUDGMENT

This action came to be heard before the Court and a decision has been rendered. Upon consideration whereof, it is now hereby ordered, adjudged, and decreed as follows:

Pursuant to this Court's Order entered on December 29, 2025, and in accordance with Fed. R. Civ. P. 58, judgment is hereby in favor of the Defendants.

It is so ordered.

December 29, 2025                                By the Court:

                                                 /s/ Hanorah Tyer-Witek
                                                 Clerk of Court

14